```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,        :
         Plaintiff
                                 :

         vs.                     :

                                 :
NAIPAUL CHATTERPAUL,               CRIMINAL NO.  1:CR-04-381-01
CHUNILALL CHATTERPAUL,           : CRIMINAL NO.  1:CR-04-381-02
         Defendant               :
```

O R D E R

AND NOW, this 4th day of May, 2005, having considered the testimony presented at the suppression hearing on May 4, 2005, it is ordered that the Defendants' motion to suppress (doc. 29) is denied. We find that the police officers involved had reasonable suspicion to expand their inquiry following the traffic stop and that the Defendants gave valid consent for the search of their vehicle.

                                                /s/William W. Caldwell
                                               William W. Caldwell
                                               United States District Judge